AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Roach, Robert K. | U. S. District Court, NDTex | 03/26/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Part-time Magistrate Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☑ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

P. O. Box 8445
Wichita Falls, Texas 76307

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | Red River Valley Beekeepers Association |
| 2. | Elder | First Christian Church of Wichita Falls, Texas |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roach, Robert K. | 03/26/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Honey Sales from my bee hives | $930.00 |
| 2. 2014 | Marriage Fees | $100.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | United Equitable Mortgage | Condo Purchase Contract | J |
| 2. | American National Bank | Personal Loan | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roach, Robert K. | 03/26/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Ameribancshares-Common | D | Dividend | N | T | | | | | |
| 2.   -Abbvie, Inc. | A | Dividend | J | T | | | | | |
| 3.   -Actavis PLC Europe | A | Dividend | | | Sold | 03/12/14 | J | B | Market |
| 4.   -AFLAC | A | Dividend | J | T | | | | | |
| 5. | | | | | Sold (part) | 02/07/14 | J | A | |
| 6. | | | | | Buy (add'l) | 03/28/14 | J | | |
| 7. | | | | | Sold (part) | 10/20/14 | J | B | |
| 8.   -Alerian Energy Infrastructure | A | Dividend | J | T | Buy | 08/14/14 | J | | |
| 9.   -AMC Networks, Inc. | A | Dividend | J | T | | | | | |
| 10.   -American Airlines Group | A | Dividend | J | T | | | | | |
| 11. | | | | | Sold (part) | 02/04/14 | J | B | |
| 12.   -Amgen, Inc.- Common | A | Dividend | J | T | | | | | |
| 13.   -Apache Corp. | | | | | Sold | 12/08/14 | J | A | Market |
| 14.   -Apple Computer-Common | A | Dividend | J | T | | | | | |
| 15.   -Atwood Oceanics, Inc. | A | Dividend | | | Sold | 12/08/14 | J | C | Market |
| 16.   -AT&T Inc. Corp Bond 5.5% | E | Interest | K | T | | | | | |
| 17.   -Bell South Trust Certificates-Common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roach, Robert K. | 03/26/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Berkshire-Hathaway-Class B | A | Dividend | J | T | | | | | |
| 19.  -Capital One Financial Corp Bond 2.15% | A | Interest | K | T | | | | | |
| 20.  -CF Industries Holdings | A | Dividend | J | T | | | | | |
| 21. | | | | | Sold (part) | 04/11/14 | J | A | |
| 22.  -Chevron Corp New Commom | C | Dividend | J | T | | | | | |
| 23.  -Cisco Systems, Inc.-Common | A | Dividend | J | T | | | | | |
| 24. | | | | | Sold (part) | 01/29/14 | J | A | |
| 25. | | | | | Sold (part) | 04/11/14 | J | A | |
| 26.  -Delphi Automotive | A | Dividend | J | T | Buy | 10/16/14 | K | | |
| 27.  -Devonshire Operating | A | Distribution | J | T | Buy | 07/10/14 | K | | |
| 28.  -Direct TV | A | Dividend | J | T | | | | | |
| 29. | | | | | Sold (part) | 02/05/14 | J | A | |
| 30. | | | | | Sold (part) | 07/25/14 | J | B | |
| 31.  -EMC Corp Mass Com | A | Dividend | J | T | | | | | |
| 32.  -Energen Corp.-Common | A | Dividend | J | T | | | | | |
| 33. | | | | | Sold (part) | 01/29/14 | J | A | |
| 34.  -Exxon-Common | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roach, Robert K. | 03/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Forestar Group, Inc. | A | Dividend | J | T | Buy | 03/04/14 | J | | |
| 36. | | | | | Sold (part) | 12/08/14 | J | A | |
| 37. | | | | | Sold | 12/04/14 | J | A | |
| 38. -Freeport Copper and Gold-Class B-Common | A | Interest | J | T | | | | | |
| 39. -Generac Holdings | A | Dividend | | | Sold (part) | 01/16/14 | J | | |
| 40. | | | | | Sold (part) | 04/11/14 | J | A | |
| 41. | | | | | Sold | 09/03/14 | J | A | |
| 42. -General ElectricCompany-Common | A | Dividend | | | Sold | 10/15/14 | J | A | Market |
| 43. -General Motors | A | Dividend | K | T | Buy | 02/14/14 | J | | |
| 44. | | | | | Buy (add'l) | 02/28/14 | J | | |
| 45. -Genworth Financial | A | Dividend | | | Sold (part) | 02/05/14 | J | A | |
| 46. | | | | | Sold (part) | 08/07/14 | J | A | |
| 47. | | | | | Sold (part) | 11/06/14 | J | A | |
| 48. | | | | | Sold | 12/09/14 | J | A | |
| 49. -Goldman-Sachs FPT Prime Fund #262 | E | Dividend | L | T | | | | | |
| 50. -Goldman-Sachs Group-Common | A | Dividend | K | T | | | | | |
| 51. -Google Inc. Class A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roach, Robert K. | 03/26/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Google Inc. Class C | A | Dividend | J | T | | | | | |
| 53. -Greenbrier Companies, Inc. | A | Dividend | J | T | | | | | |
| 54. | | | | | Sold (part) | 02/04/14 | J | A | |
| 55. | | | | | Sold (part) | 08/07/14 | J | A | |
| 56. | | | | | Sold (part) | 10/02/14 | J | B | |
| 57. -Halliburton Co.-Common | A | Dividend | K | T | | | | | |
| 58. -Harris Corp Del Com | D | Dividend | | | Sold | 10/01/14 | J | C | |
| 59. -Helen of Troy Limited | A | Dividend | J | T | Buy | 10/16/14 | J | | |
| 60. -IBM-Common | A | Dividend | J | T | | | | | |
| 61. -JP Morgan Chase & Company | A | Dividend | J | T | | | | | |
| 62. -Kodiak Oil & Gas Corp | A | Dividend | J | T | | | | | |
| 63. | | | | | Sold (part) | 01/16/14 | J | A | |
| 64. -Laboratory Corp. American Holdings | A | Dividend | J | T | | | | | |
| 65. | | | | | Sold (part) | 01/27/14 | J | A | |
| 66. | | | | | Sold (part) | 02/04/14 | J | A | |
| 67. -Medtronic, Inc.-Common | A | Dividend | J | T | | | | | |
| 68. | | | | | Sold (part) | 04/11/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roach, Robert K. | 03/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Microsoft Corp. Common | A | Dividend | J | T | | | | | |
| 70. -National Oilwell Varco, Inc. | A | Dividend | J | T | | | | | |
| 71. -NOW, Inc. | A | Dividend | | | Spinoff (from line 70) | 06/05/14 | J | | |
| 72. | | | | | Sold | 07/10/14 | J | A | |
| 73. -Nexstar Broadcasting | A | Dividend | J | T | Buy | 10/16/14 | J | | |
| 74. -Oracle Corp.-Common | A | Dividend | J | T | | | | | |
| 75. -Pfizer-Common | A | Dividend | J | T | | | | | |
| 76. -Phillip Morris International-Common | A | Dividend | J | T | | | | | |
| 77. -Plum Creek Timber Co. Inc. | A | Dividend | | | Sold (part) | 09/03/14 | J | A | |
| 78. | | | | | Sold | 09/03/14 | J | A | |
| 79. -Priceline Com Inc. | A | Dividend | J | T | | | | | |
| 80. -Proctor and Gamble-Common | A | Int./Div. | J | T | | | | | |
| 81. -State Bank of India Bond 1.2% | A | Interest | K | T | | | | | |
| 82. -Target Corp Common | D | Dividend | K | T | | | | | |
| 83. -United Rentals, Inc. | A | Dividend | J | T | | | | | |
| 84. | | | | | Sold (part) | 08/07/14 | J | A | |
| 85. -Union Pacific Bond 5.375% | B | Interest | | | Matured | 05/02/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roach, Robert K. | 03/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Valero Energy Corp.-New Common | A | Dividend | J | T | | | | | |
| 87. | | | | | Sold (part) | 01/16/14 | J | B | |
| 88. -Vanguard FSTE Allworld Ex-US Bond | E | Interest | L | T | | | | | |
| 89. | | | | | Buy (add'l) | 06/23/14 | J | | |
| 90. -Vanguard Small Cap | A | Dividend | J | T | | | | | |
| 91. -Vanguard Total World Stock | A | Dividend | J | T | | | | | |
| 92. -Verison Corp.-Common | A | Dividend | J | T | Buy (add'l) | 03/20/14 | J | | |
| 93. | | | | | Buy (add'l) | 09/03/14 | J | | |
| 94. -VISA, Inc. | A | Dividend | J | T | Buy | 04/22/14 | J | | |
| 95. | | | | | Buy (add'l) | 08/21/14 | J | | |
| 96. -Wal Mart Stores Inc. Common | A | Dividend | J | T | | | | | |
| 97. | | | | | Sold (part) | 01/27/14 | J | A | |
| 98. -Whiting Petroleum | A | Dividend | | | Spinoff (from line 62) | 12/04/14 | J | | |
| 99. | | | | | Sold | 12/09/14 | J | A | |
| 100. -Wells Fargo Common | A | Dividend | J | T | | | | | |
| 101. -E M C Corp Mass-Common | A | Dividend | J | T | | | | | |
| 102. -Federated Total Return Bond Fund | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roach, Robert K. | 03/26/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. –IBM-Common | A | Dividend | J | T | | | | | |
| 104. –Goldman Sachs FST Prime Fund #464 | D | Dividend | J | T | | | | | |
| 105. –Intel Corp-Common | A | Dividend | J | T | | | | | |
| 106. –Vanguard Dividend Appreciation EFT | A | Dividend | J | T | | | | | |
| 107. | | | | | Buy<br>(add'l) | 09/25/14 | J | | |
| 108. –Vanguard Whitehall EFT High Dividend<br>Yield | A | Dividend | J | T | | | | | |
| 109. –Wal-Mart Stores, Inc.-Common | A | Dividend | J | T | | | | | |
| 110. –Wells Fargo & Co. New Common | A | Dividend | J | T | | | | | |
| 111. –American National Bank, Accounts | A | Interest | J | T | | | | | |
| 112. Ameribancshares-Common | B | Dividend | M | T | | | | | |
| 113. | | | | | Sold<br>(part) | 02/24/14 | L | D | |
| 114. | | | | | Sold<br>(part) | 05/19/14 | K | D | |
| 115. –Vangaurd Energy EFT | A | Dividend | J | T | | | | | |
| 116. | | | | | Buy<br>(add'l) | 09/25/14 | J | | |
| 117. –Vanguard FTSE All World ex US EFT | A | Dividend | J | T | | | | | |
| 118. | | | | | Buy<br>(add'l) | 09/25/14 | J | | |
| 119. –Vanguard REIT EFT | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roach, Robert K. | 03/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 09/25/14 | J | | |
| 121.  -Vanguard Short Term Bond EFT | A | Dividend | J | T | | | | | |
| 122. | | | | | Buy (add'l) | 09/25/14 | J | | |
| 123.  -Vanguard Total Bond Market EFT | A | Dividend | J | T | | | | | |
| 124. | | | | | Buy (add'l) | 09/25/14 | J | | |
| 125.  -Vanguard Total Stock Market | A | Dividend | J | T | Buy (add'l) | 09/25/14 | J | | |
| 126.  912 Company-Wichita Falls-Oil & Gas Partnership | E | Distribution | K | W | | | | | |
| 127.  Northwestern Mutual Life-Whole Life Policy | A | Interest | K | T | | | | | |
| 128.  Clay Roach Loan | C | Interest | L | U | | | | | |
| 129. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Roach, Robert K.** | 03/26/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.  Item 128 reflects an unsecured loan to ▨▨▨ ▨▨▨▨▨ for his use in his business.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert K. Roach**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544